IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:15CR33 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| ROBERT JOSEPH LAMB | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Factual Basis be sealed.

Signed: October 26, 2015

_____
Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.